```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                         OCT 1 3 2016

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                    BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:07-CR-011-JCM-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD THOMAS BARKLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#21) on December 13, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: U.S. Air Force
**Total Amount of Restitution Ordered: $867,420.56**

Dated this 12th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE